642

*Smith* for the United States.

No. 949. MAGNANI *v.* HARNETT, COMMISSIONER OF MOTOR VEHICLES, ET AL. May 27, 1940. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Samuel B. Wasserman* and *Roy P. Monahan* for petitioner. *Messrs. John J. Bennett,* Attorney General of New York, and *Henry Epstein,* Solicitor General, for respondents.

No. 955. ASPRODITES, ADMINISTRATRIX, *v.* STANDARD FRUIT & STEAMSHIP Co. May 27, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Samuel J. Tennant, Jr.* for petitioner. *Messrs. Geo. H. Terriberry* and *Jos. M. Rault* for respondent.

No. 982. WESTRUP *v.* ILLINOIS. May 27, 1940. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Charles P. R. Macaulay* for petitioner. *Mr. John E. Cassidy,* Attorney General of Illinois, for respondent.

No. 1003. SHELLEY *v.* UNITED STATES. June 3, 1940. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Rebecca Shelley, pro se.*